STATE OF CONNECTICUT *v.* BILLY G. HUNT

*Gerald E. Bodell,* special public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided December 4, 2002

ALLISON CARUSILLO ET AL. *v.* ASSOCIATED
WOMEN'S HEALTH SPECIALISTS, P.C.

*Lorinda S. Coon,* in support of the petition.

*William F. Gallagher* and *Roger B. Calistro,* in opposition.

Decided December 4, 2002

UNITED TECHNOLOGIES CORPORATION/PRATT
AND WHITNEY AIRCRAFT DIVISION *v.*
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES ET AL.

*Albert Zakarian, Daniel A. Schwartz* and *Meredith G. Diette,* in support of the petition.

Decided December 4, 2002

## COMMISSIONER OF LABOR *v.* C.J.M. SERVICES, INC., ET AL.

The Supreme Court docket number is SC 16880.

*Steven B. Kaplan,* in support of the petition.

*Judith A. Brown,* assistant attorney general, in opposition.

Decided December 4, 2002

## CHESTER LISIEWSKI *v.* JOHN A. SEIDEL ET AL.

*Beth A. Steele,* in support of the petition.